

Local › Health & Fitness › Weight Loss

## 🏅 CLP MED SPA

📍 8501 SW 124th Ave #212a, Miami
🏷️ Seven Week Semaglutide Weight Loss Management Program at CLP MED SPA

4.8 ★★★★★ 1,764 Groupon Ratings



**Seven Week Semaglutide Weight Management Program**

~~$230~~ **$30**  **87% Off**

**$27 with promo** 5 hours left

200+ bought

🏷️ Extra 10% off, up to $50
Promo Code SAVE. Ends 6/7.  **Apply**

👁 Over 400 views today, so act now!

**Buy Now**

🎁 Give as a Gift

**Share This Deal**



## Highlights

Weight Management Program awaits at CLP MED SPA!

## About This Deal

Includes:

- Groupon deal is for one week of Wegovy/Semaglutide for $30, minimum 7 weeks required
- ligible Members Lose 30+ lbs without diet or exercise with Wegovy/Semaglutide. Individual results vary
- Price includes: FREE Consultation, Prescription Medication: Compounded Semaglutide, Recommended Healthy Eating Plan, Medication Supplies: Syringes and Alcohol Pads and FREE Shipping.
- FREE shipping Not valid for Alabama, Arkansas, California, Hawaii, Kansas, Michigan, Minnesota
- Full kit, instructions, video training, syringes included

**Groupon customers that continue their Semaglutide weight reduction program with CLP Med Spa:**

- Customers that extend their Wegovy/Semaglutide weight reduction plan past the duration of their initial Groupon will enjoy a discounted weekly charge of $110/week. (Reg. $165/wk)
- $65 consultation is required for each prescription/refill.
- Weekly dose prescriptions can vary depending on where you are on the program, paid directly to the merchant included in the discounted weekly charge of $110/wk.
- Over night shipping fees will apply: $20 for all states except Florida. Florida residences pay $10.
- Medication must be refrigerated between 36 °F to 46 °F (2 °C to 8 °C)

**About Wegovy/Semaglutide:**

- Indicated for anyone who wishes to lose weight. Semaglutide injection 2.5 mg is indicated as an adjunct to a reduced calorie diet and increased physical activity for chronic weight management in adults with an initial body mass index (BMI) of ≥30 kg/m2 (obesity) or ≥27 kg/m2 (overweight) in the presence of at least one weight-related comorbid condition (e.g., hypertension, type 2 diabetes mellitus, or dyslipidemia)
- Dose escalation schedule: Medication is to be tritrated up with a starting dose of .25mg every week for 4 weeks and increased .25mg every 4 weeks to the desired effect. Maintenance dose could be as high as 2.5mg weekly
- Medication must be refrigerated and kept cold during transport and storage.
- Wegovy/Semaglutide might not be right for you, consultation with a Doctor/Nurse Practitioner is required and continued consultations will be necessary
- Wegovy/Semaglutide is a safe, doctor-prescribed GLP-1 medication.
- Wegovy/Semaglutide mimics the effect of "feeling full" resulting in a Decreased Caloric Intake.
- Wegovy/Semaglutide will Delay Gastric Emptying by reducing glucagon secretion in a glucose-dependent manner.
- The Delay in Gastric Emptying can Reduce Appetite, Improve Control of Eating, and Reduce Food Cravings.
- You will Experience all the Above Benefits as the Dose of Wegovy/Semaglutide increases each month.
- Wegovy/Semaglutide cannot be prescribed to anyone with the following and should not be purchased:

BMI under 27, eating disorder, gallbladder disease, drug or alcohol abuse, recent bariatric surgery, pancreatitis, medullary thyroid cancer, currently pregnant or breastfeeding, planning to become pregnant, Diabetic retinopathy, Multiple endocrine neoplasia type 2, family history of medullary thyroid carcinoma.

## Fine Print

Promotional value expires 90 days after purchase. Amount paid never expires. Appointment required, contact by phone at (305) 456-1170. Limit 1-redemption per customer, per Groupon campaign. Telehealth Appointment required; rescheduling or cancellation less than 24-hour results in a $25 fee. A credit card or debit card number will be kept on file and charged accordingly. Appointment and consultation required; contact online at: https://cosmeticlaserprofessionals.com/health-services/ . Not valid for Alabama, Arkansas, California, Hawaii, Kansas, Michigan, and Minnesota. Customers that extend their Wegovy/Semaglutide weight reduction plan past the duration of their initial Groupon will enjoy a discounted weekly charge of $110/week. $65 consultation is required for each prescription, weekly dose prescriptions can vary depending on where you are on the program, paid directly to the merchant. Over night shipping fees will apply: $20 for all states except Florida. Florida residences pay $10. Limit 1 per person. Merchant is solely responsible to purchasers for the care and quality of the advertised goods and services.
Learn about Strike-Through Pricing and Savings

## Groupon Customer Reviews

**4.8** ★★★★★
1,764 Groupon Ratings

Sort by: **Highest Rated** ▾

✅ **100% Verified Reviews**
All Groupon reviews are from people who have redeemed deals with this merchant. Review requests are sent by email to customers who purchased the deal.

staff | service | experience | spa | facial | appointment | massage

See More

E | Elissa

⭐⭐⭐⭐⭐ · May 30, 2023
Love them!
👍 Helpful

CLP MED SPA replied                                    View Comment +

**Emily**
E  ☆ 8 ratings  💬 4 reviews
⭐⭐⭐⭐⭐ · May 27, 2023
From the start they requested a note from my oncologist to make sure I could take the medicine so very thorough! I had a few questions and each time I reached out they always responded right away! Great service!
👍 Helpful

CLP MED SPA replied                                    View Comment +

**Laura**  [Top Reviewer] [Helpful Reviewer]
L  ☆ 48 ratings  💬 44 reviews
⭐⭐⭐⭐⭐ · May 27, 2023
I highly recommend CLPMS. It is very very clean, and a very friendly receptionist. I was then greeted by my esthetician, Angie. She was just delightful! She explained the procedure and each step she was doing to my face. I bought the 2 pack microdermabrasion. They were so impressive that I made an appt for their hormone and weight loss program. They offer so much! I'm so glad I went here.
👍 Helpful

Cosmetic Laser Professionals Med Spa replied           View Comment +

**Lorena**
L  ☆ 1 ratings  💬 1 reviews
⭐⭐⭐⭐⭐ · May 25, 2023
Very good service and awesome facial.
👍 Helpful

Cosmetic Laser Professionals Med Spa replied           View Comment +

**Sha-Toya**
S  ☆ 2 ratings  💬 2 reviews
⭐⭐⭐⭐⭐ · May 22, 2023
Everything was so easy to set up and staff was awesome. Definitely would recommend
👍 Helpful

CLP MED SPA replied                                    View Comment +

See All Reviews

## About CLP Med Spa

"Miami Aesthetic Treatments and Laser Services"

We specialize in Laser Hair Removal, Facials, Aesthetic Treatments such as Botox/Dysport and Fillers, Tattoo Removal, Body Sculpting and Anti-Aging treatments.

Cosmetic Laser Professionals offers the most innovative, non-invasive, anti-aging and aesthetic treatments to improve the way you look and feel. When you need a Med Spa Miami Locals highly recommend time and time again, we are their top choice.

We can turn back the clock of aging and help you look, feel and be your BEST!



📍 Miami                                              Directions
   8501 SW 124th Ave #212a, Miami, FL 33183

📞 (305) 456-1170

🌐 Website

See All Reviews

### Sponsored deals for you                    1 of 3  ‹ ›


**Up To 75% Off With Keto Cycle App + Keto Fuel**
Keto Cycle · 1 Coupon


**M Beauty Studio Spa**
143 West 29th Street, New York
4.7 ⭐⭐⭐⭐½ 61 Ratings
~~$350~~ **$133**
Cavitation


**Glow Wellness**
20770 West Dixie Highway, Miami
5.0 ⭐⭐⭐⭐⭐ 4 Ratings
~~$145~~ **$49**
Vitamin B12 Injection


**WEightCare**
4.6 ⭐⭐⭐⭐½ 271 Ratings
~~$399~~ **$132**
Semaglutide Weight Loss Program

### Similar deals                              1 of 3  ‹ ›

[Buy Now]
🎁 Give as a Gift
Share This Deal
✉ 📘 🐦 📌  👍 Like 1






**Three, Six, or Nine Laser-Lipo Treatments at Muse Healt...**
175 Southwest 7th Street, Miami • 0.6 mi
4.9 ★★★★★ 868 Ratings
~~$450~~ From **$75** **83% OFF**
Muse Health & Beauty
400+ bought

**Up to 80% Off on Drug - Diet / Weight Loss (Retail) at...**
7241 SW 63rd AVE Suite 201, South Mia...
4.9 ★★★★★ 75 Ratings
~~$175~~ From **$60** **66% OFF**
Med Therapy and Spa

**Up to 84% Off Semaglutide at Champion Health and Welln...**
4 ★★★★☆ 180 Ratings
~~$999~~ **$160** **84% OFF**
Champion Health and Wellness Clinics
1570+ bought

**Two, Four, or Six Fat-Freezing Treatments at Beauty Zen...**
2103 Coral Way, Suite 605, Miami • 2.9 mi
4.6 ★★★★☆ 73 Ratings
~~$800~~ From **$129** **84% OFF**
Beauty Zensation Med Spa
300+ bought

### Recommended deals
1 of 3






**Up to 57% Off on Drug - Diet / Weight Loss (Retail) at...**
4.8 ★★★★★ 645 Ratings
~~$79.95~~ **$34** **57% OFF**
DrToHelp.com
10070+ bought

**Sam's Club One-Year Membership (Up to 60% Off)**
8425 Northwest 13th Terrace, Doral • 9 mi
4.3 ★★★★☆ 111524 Ratings
~~$50~~ ~~$25~~ From **$20** Limited Time
Sam's Club One-Year Membership
25000+ bought

**Up to 67% Off on Weight Loss Program / Center at Weight...**
4.6 ★★★★☆ 269 Ratings
~~$399~~ **$132** **67% OFF**
WEightCare
3550+ bought

**Up to 75% Off 2 Month Treatment Semaglutide at Champio...**
4 ★★★★☆ 180 Ratings
~~$2,000~~ **$499** **75% OFF**
Champion Health and Wellness Clinics
210+ bought

### Other deals from the same merchant
1 of 3




**Four-Week Mounjaro/Tirzepatide Weight Management Progra...**
8501 SW 124th Ave, Miami • 13.8 mi
4.8 ★★★★★ 1763 Ratings
~~$250~~ **$45** **82% OFF**
CLP MED SPA

**B12-Lipotropic Bio Boost PLUS 10-Week Plan at CLP MED S...**
8501 SW 124th Ave, Miami • 13.8 mi
4.8 ★★★★★ 1763 Ratings
~~$110~~ **$8** **93% OFF**
CLP MED SPA
40+ bought

**15, 30, or 50 Lipotropic B12 Injections at CLP Med Spa...**
8501 SW 124th Ave, Miami • 13.8 mi
4.8 ★★★★★ 1763 Ratings
~~$393.75~~ From **$65** **83% OFF**
CLP Med Spa
180+ bought



**One, Four or Seven EmSlim Sessions at CLP Med Spa (Up t...**
8501 SW 124th Ave, Miami • 13.8 mi
4.8 ★★★★★ 1763 Ratings
~~$300~~ From **$109** **64% OFF**
CLP MED SPA



© 2023 Groupon, Inc. All Rights Reserved. Terms of Use | Privacy Policy | Interest-Based Ads | Licenses | Accessibility | Do Not Sell or Share My Personal Information | Sitemap