114792-7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-cv-22256

NOVO NORDISK A/S and NOVO NORDISK INC.,

      Plaintiffs,

v.

EKZOTIKA CORP d/b/a COSMETIC LASER PROFESSIONALS MED SPA,

      Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Pursuant to Local Rule 16.4, Plaintiffs, Novo Nordisk A/S and Novo Nordisk Inc., and Defendant, Ekzotika Corp d/b/a Cosmetic last Professionals Med Spa, submit this joint notice of settlement to inform the Court they have reached an agreement to resolve Plaintiffs' claims against Defendant. By separate motion, the Parties will seek entry of judgment and permanent injunction, as stipulated by the parties.

Dated: 2/2/2024

| | |
|---|---|
| */s/ Jordan S. Cohen* | */s/ Richard Guerra* |
| Jordan S. Cohen, Esquire (551872) | Richard Guerra, Esquire (689521) |
| jcohen@wickersmith.com | rguerra@brickellip.com |
| Michelle A. Juarez, Esquire (1030924) | THE BRICKELL IP GROUP, PLLC |
| mjuarez@wickersmith.com | 1101 Brickell Avenue |
| WICKER SMITH O'HARA | South Tower, Suite 800 |
| McCOY & FORD, P.A. | Miami, FL 33131 |
| 515 E. Las Olas Boulevard | Telephone: (305) 728-8831 |
| SunTrust Center, Suite 1400 | *Attorneys for Defendant* |

Ft. Lauderdale, FL 33301
Telephone:	(954) 847-4800
Facsimile:	(954) 760-9353

Ronald G. Dove, Jr., Esquire (*pro hac vice*)
Simeon Botwinick, Esquire (*pro hac vice*)
COVINGTON & BURLING LLP
850 Tenth Street, NW
One CityCenter
Washington, DC 20001-4956
Telephone: (202) 662-6000

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on February 2, 2024, and the foregoing document is being served this day on all counsel or parties of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

                         */s/ Jordan S. Cohen*
                         Jordan S. Cohen, Esquire